**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 98-6403**

───────────

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

KEVIN MARTIN,

Defendant - Appellant.

───────────

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington. Robert J. Staker, Senior District Judge. (CR-93-95, CA-97-230-3)

───────────

Submitted: July 31, 1998          Decided: August 14, 1998

───────────

Before WIDENER and HAMILTON, Circuit Judges, and HALL, Senior Circuit Judge.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Kevin Martin, Appellant Pro Se. Paul Thomas Farrell, Assistant United States Attorney, Huntington, West Virginia; Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Kevin Martin seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. United States v. Martin, Nos. CR-93-95; CA-97-230-3 (S.D.W. Va. Feb. 4, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED